# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW JERSEY

|  |  |  |
|---|---|---|
| RENIER GONZALEZ, individually and on behalf of all others similarly situated, | : | |
| | : | |
| Plaintiff, | : | |
| | : | |
| v. | : | Case No. 2:19-cv-20569-BRM-JAD |
| | : | |
| LYFT, INC. | : | |
| | : | |
| Defendant. | : | **ORDER** |

**THIS MATTER** is before this Court on a Report and Recommendation (ECF No. 32) by Magistrate Judge Joseph A. Dickson filed on October 13, 2020, recommending Defendant Lyft, Inc.'s ("Lyft") Motion to Compel Arbitration (ECF No. 19) be denied. Lyft filed an Objection (ECF No. 33), and Plaintiffs Renier Gonzalez, and Opt-In Plaintiffs Bridgette Hall and Laju Ogedengbe (collectively, "Plaintiffs") filed a Reply (ECF No. 36). Having reviewed the parties' submissions filed in connection with the Report and Recommendation and having declined to hold oral argument pursuant to Federal Rule of Civil Procedure 78(b), for the reasons set forth in the accompanying Opinion and for good cause having been shown,

**IT IS** on this 29th day of January 2021,

**ORDERED** that Judge Dickson's Report and Recommendation (ECF No. 32) is **ADOPTED**; and it is further

**ORDERED** that Lyft's Motion to Compel Arbitration (ECF No. 19) is **DENIED.**

/s/ Brian R. Martinotti_____
**HON. BRIAN R. MARTINOTTI**
**UNITED STATES DISTRICT JUDGE**